UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CRISELIDA BOAZ,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | No. CV 19-1803-GW-AGRx<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

///
///

1      IT IS SO ORDERED that pursuant to the separately filed Stipulation for

2  Compromise Settlement, this action is hereby dismissed with prejudice.  Each

3  party to bear its own costs and fees.

4

5  DATED:  January 28, 2020

                                    HON. GEORGE H. WU,
                                    UNITED STATES DISTRICT JUDGE

6

7

8  PRESENTED BY:

9

10  NICOLA T. HANNA
    United States Attorney
    DAVID M. HARRIS

11  Assistant United States Attorney
    Chief, Civil Division

12  JOANNE S. OSINOFF
    Assistant United States Attorney

13  Chief, General Civil Section

14

15  /s/ *Jason K. Axe*
    JASON K. AXE

16  Assistant United States Attorney
    Attorneys for Defendant

17  United States of America

18

19

20

21

22

23

24

25

26

27

28